1

2

3

4                           UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7        SHEDRICK L. HENRY,                        Case No. 16-cv-04504-JD

8                        Petitioner,

9               v.                                 **ORDER FOR RESPONDENT TO
                                                   SHOW CAUSE**
10       M. E. SPEARMAN,

11                       Respondent.

12

13           Shedrick Henry, a California prisoner, filed a pro se petition for a writ of habeas corpus

14   pursuant to 28 U.S.C. § 2254.  He has paid the filing fee.  Petitioner was convicted while in prison

15   in Monterey County, which is in this district, so venue is proper here.  *See* 28 U.S.C. § 2241(d).

16                                        **BACKGROUND**

17           Henry pled guilty to possession of a controlled substance while in prison and was

18   sentenced to 25 years to life pursuant to California's Three Strikes law.  He states that his appeals

19   and state habeas petitions were denied.

20                                         **DISCUSSION**

21       **STANDARD OF REVIEW**

22           This Court may entertain a petition for writ of habeas corpus "in behalf of a person in

23   custody pursuant to the judgment of a State court only on the ground that he is in custody in

24   violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a); *Rose v.*

25   *Hodges*, 423 U.S. 19, 21 (1975).  Habeas corpus petitions must meet heightened pleading

26   requirements.  *McFarland v. Scott*, 512 U.S. 849, 856 (1994).  An application for a federal writ of

27   habeas corpus filed by a prisoner who is in state custody pursuant to a judgment of a state court

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1  must "specify all the grounds for relief available to the petitioner ... [and] state the facts supporting

2  each ground." Rule 2(c) of the Rules Governing § 2254 Cases, 28 U.S.C. § 2254. "'[N]otice'

3  pleading is not sufficient, for the petition is expected to state facts that point to a 'real possibility

4  of constitutional error.'" Rule 4 Advisory Committee Notes (quoting *Aubut v. Maine*, 431 F.2d

5  688, 689 (1st Cir. 1970)).

6  **LEGAL CLAIMS**

7  As grounds for federal habeas relief, Henry asserts that: (1) his sentence violates the Eighth

8  Amendment; (2) he received ineffective assistance of counsel with respect to the plea agreement

9  which resulted in a plea that was not knowing and intelligent; and (3) there was an Equal

10  Protection violation. These claims are sufficient to require a response.

11  **CONCLUSION**

12  1.  The clerk shall serve by regular mail a copy of this order and the petition and all

13  attachments thereto on respondent and respondent's attorney, the Attorney General of the State of

14  California. The clerk also shall serve a copy of this order on petitioner.

15  2.  Respondent shall file with the Court and serve on petitioner, within fifty-six (56)

16  days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules

17  Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.

18  Respondent shall file with the answer and serve on petitioner a copy of all portions of the state

19  trial record that have been transcribed previously and that are relevant to a determination of the

20  issues presented by the petition.

21  If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the

22  Court and serving it on respondent within twenty-eight (28) days of his receipt of the answer.

23  3.  Respondent may file a motion to dismiss on procedural grounds in lieu of an
answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section
24  2254 Cases. If respondent files such a motion, it is due fifty-six (56) days from the date this order
is entered. If a motion is filed, petitioner shall file with the Court and serve on respondent an
25  opposition or statement of non-opposition within twenty-eight (28) days of receipt of the motion,
and respondent shall file with the Court and serve on petitioner a reply within fourteen (14) days
26  of receipt of any opposition.

27  4.  Petitioner is reminded that all communications with the Court must be served on

28  respondent by mailing a true copy of the document to respondent's counsel. Petitioner must keep

2

the Court informed of any change of address and must comply with the Court's orders in a timely fashion.  Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  *See Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (Rule 41(b) applicable in habeas cases).

**IT IS SO ORDERED.**

Dated:  November 16, 2016

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

United States District Court
Northern District of California

1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

SHEDRICK L. HENRY,

          Plaintiff,

      v.

M. E. SPEARMAN,

          Defendant.

Case No.   16-cv-04504-JD

**CERTIFICATE OF SERVICE**

9

10

11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

District Court, Northern District of California.

12

13

14

15

16

That on November 16, 2016, I SERVED a true and correct copy(ies) of the attached, by

placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

receptacle located in the Clerk's office.

17

18

19

Shedrick L. Henry
High Desert State Prison
K-16736
P.O. Box 3030
Susanville, CA 96127

20

21

22

Dated: November 16, 2016

23

24

Susan Y. Soong
Clerk, United States District Court

25

26

27

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

28

4